No. 124. MISSOURI PACIFIC R. Co. *v.* NORWOOD, ATTORNEY GENERAL OF ARKANSAS, ET AL.

Argued December 6, 1933. Decided December 11, 1933. *Per Curiam:* The Court sees no reason to disagree with the determinations of fact reached by the District Court. The decree is affirmed. *Mr. Edward J. White,* with whom *Mr. Thomas B. Pryor* was on the brief, for appellant. *Mr. Frank L. Mulholland,* with whom *Mr. Hal L. Norwood,* Attorney General of Arkansas, *Mr. Robert F. Smith,* Assistant Attorney General, and *Mr. W. D. Jackson* were on the brief, for appellees.